# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHONG SOOK LIM, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LISA A. MILLER, Ph.D., Child Clinical Psychologist an individual, DOES 1-53, inclusive,<br><br>　　　　　Defendants. | 1:21-cv-01734-DAD-BAM<br><br>ORDER REQUIRING PLAINTIFF TO FILE COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY DAYS |

　　　　Plaintiff Chong Sook Lim, proceeding *pro se*, filed this civil action on December 7, 2021, along with an application to proceed *in forma pauperis*. (Docs. 1, 2.) However, Plaintiff's form application to proceed *in forma pauperis* is not signed. Unsigned filings cannot be considered by the Court. Fed. R. Civ. P. 11(a); Local Rule 131. Each document submitted for filing must be signed by the filing party. Local Rule 131(b); Fed. R. Civ. P. 11(a). Further, the application is not complete. Plaintiff's application indicates that she receives gross pay or wages of $110, and her take-home pay or wages are $365 per month. (Doc. 2.) However, Plaintiff does not identify an employer or explain how her monthly take-home pay or wages are greater than her gross pay or wages.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　Within **thirty (30) days** from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis*, <u>completed and signed</u>, or in the alternative, pay the $402.00 filing fee for this action;

　　　　2.　　No extension of time will be granted without a showing of good cause; and

1

3. The failure to comply with this order will result in dismissal of this action, without prejudice.

IT IS SO ORDERED.

Dated: **March 3, 2022**           /s/ Barbara A. McAuliffe
                                  UNITED STATES MAGISTRATE JUDGE