UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHONG SOOK LIM,<br><br>Plaintiff,<br><br>v.<br><br>LISA A. MILLER, Ph.D., et al.,<br><br>Defendants. | No. 1:21-cv-01734-ADA-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(Doc. Nos. 8, 9) |

Plaintiff Chong Sook Lim, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 7, 2021.  (Doc. 1.)

On August 24, 2022, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's action be dismissed because plaintiff's first amended complaint failed to comply with Federal Rule of Civil Procedure 8, sought relief from a defendant immune from such relief, failed to state a cognizable claim under section 1983, and subject matter jurisdiction was inappropriate.   (Doc. No. 9.)  The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 16.)  No objections have been filed, and the time in which to do so has passed.

///

///

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on August 24, 2022 (Doc. No. 9) are adopted in full;
2. Plaintiff's action is dismissed; and
3. The Clerk of the court is directed to close this case.

IT IS SO ORDERED.

Dated:   September 23, 2022

UNITED STATES DISTRICT JUDGE

2